## LEONARD D. TICE, APPELLANT, *v.* FRANK DROMGOOLE AND ANNA F. DROMGOOLE, RESPONDENTS.

*Evidence — a party cannot impeach his own witness by proving contradictory statements made by him.*

APPEAL from a judgment in favor of the defendants, entered upon the verdict of a jury, and from an order denying a motion for a new trial made upon the minutes of the justice before whom the action was tried.

This action was brought for the recovery of damages for a libel, alleged to have been published by defendants concerning the plaintiff. The charge was, in substance, that the plaintiff, who was a coroner of Westchester county, was drunk while holding an inquest on one Banks who had committed suicide.

The court at General Term said: "Upon the trial, one George

Carpenter was called as a witness for the defendants, who testified that he considered the plaintiff a sober man during the inquest. The defendant then put to the witness this question: Did you not tell Albert Sarles that he was drunk there? The question was objected to, admitted, and the plaintiff excepted. The witness said: 'I won't deny but what I might have said in a humorous way that the coroner was drunk.' The question was an improper one. A party is not permitted to impeach his own witness. He may show he is mistaken and contradict him as to the particular fact which he testifies to be true. (*Thompson* v. *Blanchard*, 4 N. Y., 303; *People* v. *Safford*, 5 Denio, 112; *Sanchez* v. *The People*, 22 N. Y., 147; *Pollock* v. *Pollock*, 71 id., 138.) The party asserts or admits the credibility of the witness he puts upon the stand."

*Cooper & Bach*, for the appellant.

*I. T. Williams*, for the respondents.

Opinion by BARNARD, P. J.; DYKMAN, J., concurred; PRATT, J., not sitting.

Judgment and order denying new trial reversed and new trial granted, costs to abide event.